**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00814-CV

### GIOVANNI BONAUDO MARILES, Appellant

### V.

### ARCE MORENO HECTOR, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01489**

## ORDER

We **GRANT** appellant's second motion for an extension of time to file a motion for rehearing and extend the time for filing a motion for rehearing to **September 14, 2018**.


/s/      ADA BROWN
          JUSTICE